UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 10-409 (WJM) |
| v. | |
| SYED ZAIDI, | ORDER |
| Defendant. | |

**THIS MATTER** having come before the Court upon *pro se* Defendant Syed Zaidi's October 4, 2011 Motion for Reconsideration (ECF No. 66) pursuant to Local Rule 7.1(i) of Civil Procedure for the District of New Jersey;[1] and Defendant having moved for reconsideration of this Court's September 14, 2011 Order denying Defendant's motion seeking grand jury transcripts (hereinafter "Subject Order" and "Subject Motion", respectively); and Defendant, having filed the Motion for Reconsideration over fourteen days after entry of the Subject Order; and the Court finding that said motion is untimely; and that denial on that basis is proper; and the Court further noting its determination in the Subject Order that Defendant "failed to demonstrate a particularized need for disclosure of the testimony before the grand jury"; and the Court noting that even assuming, *arguendo*, the reconsideration motion was timely,[2] neither the motion nor Defendant's October 4, 2011 reply in further support of the Subject Motion (ECF No. 65)

---

[1] Local Civil Rule 7.1(e) also controls for motions for reconsideration in criminal cases in the District of New Jersey pursuant to Local Criminal Rule 1.1.

[2] Defendant's motion is dated September 25, 2011.

support a finding of [1] an intervening change in controlling law, [2] discovery of new evidence after the Court issued the Subject Order, or [3] the need to correct a clear error of law or fact to prevent manifest injustice[3] which would alter the Court's basis for denial of the Subject Motion; and Defendant having thereby failed to demonstrate a substantive basis to grant the Motion for Reconsideration in addition to failing to timely file said motion; and for good cause appearing,

**IT IS** on this 10th day of November 2011, hereby,

**ORDERED** that Defendant Syed Zaidi's Motion for Reconsideration of this Court's Order denying Defendant's request for grand jury transcripts is **DENIED**.

s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

---

[3] *Max's Seafood Café by Lou-Ann, Inc. V. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).